THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Michael J. Morgan,       
Appellant.
 
 
 

Appeal From Horry County
James R. Barber, Circuit Court Judge

Unpublished Opinion No.  2004-UP-511
Submitted October 1, 2004  Filed October 
 13, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Michael J. Morgan 
 appeals his conviction for second-degree burglary and two counts of forgery, 
 arguing his sentence of ten years imprisonment, suspended on service of five 
 years confinement and two years probation, is so disproportionate to the offense 
 it amounts to unconstitutional cruel and unusual punishment.  After a thorough 
 review of the record and counsels brief pursuant to Anders v. California, 
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss Douglass appeal under Rule 220(b)(2), SCACR, and grant 
 counsels motion to be relieved. [1] 
 
 APPEAL DISMISSED.
 GOOLSBY, ANDERSON and WILLIAMS, JJ., 
 concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.